IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MARILYN McPEEK | § | |
| VS. | § | CIVIL ACTION NO. 6:14CV00044 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Marilyn McPeek filed the above-styled and numbered civil action pursuant to the Social Security Act, Section 205(g), for judicial review of the Commissioners's denial of her application for Social Security benefits. The cause of action was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that the decision of the Commissioner should be reversed and the cause should be remanded to the Commissioner of the Social Security Administration for further proceedings consistent with the opinion of the Court.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Neither party has filed any objections. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the decision of the Commissioner is **REVERSED** and that the cause be remanded to the Commissioner of the Social Security Administration for proceedings consistent with this Court's opinion. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED** this 8th day of September, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE